IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AARON ETHRIDGE, ) | | |
| TDCJ No. 2442944, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| VS. ) | | CIVIL ACTION NO. |
| ) | | |
| TEXAS DEPARTMENT OF CRIMINAL ) | | 3:23-CV-2047-G-BN |
| JUSTICE (MENTAL HEALTH ) | | |
| DIVISION), ) | | |
| ) | | |
| Defendant. ) | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case that the Magistrate Judge supplemented after the plaintiff filed a construed motion for leave to amend. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as supplemented.

**SO ORDERED**.

October 30, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**